In the Matter of MAURICE E. ROGALIN, Respondent, against NEW YORK CITY TEACHERS' RETIREMENT BOARD, Appellant.

Argued January 18, 1943; decided March 11, 1943.

William C. Chanler, Corporation Counsel (Nicholas Bucci and Paxton Blair of counsel), for appellant.

Austin B. Mandel for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. LEHMAN, Ch. J., FINCH and LEWIS, JJ., dissent on the ground that the filing of charges and suspension from a position in the public service terminates such service conditionally or at least interrupts it and retirement must await restoration to the public service. (Matter of Eberle v. La Guardia, 285 N. Y. 247.)